**STATE of Missouri, Respondent,**

v.

**Justin D. VANCE, Appellant.**

**No. WD 58143.**

Missouri Court of Appeals,
Western District.

Feb. 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
April 24, 2001.

James R. Brown, Bruce B. Brown, Kearney, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, C.J., and SMART and EDWIN H. SMITH, JJ.

**Order**

PER CURIAM.

Justin D. Vance appeals from his jury conviction in the Circuit Court of DeKalb County, Missouri, for unlawful use of a weapon, § 571.030.1(1), RSMo Supp.1997,

a class D felony, for which he was sentenced to two years in the Missouri Department of Corrections and fined $2,500.

Affirmed. Rule 30.25(b).